UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 17 2023

JEFFREY P. COLWELL
CLERK

Chad Darovich
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Waste Connections
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

# COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Chad Darovich Incarcerated @ 2739 E Las Vegas st   CJC
Street Address: 1709 Main st                             Colo Sprgs Co
City and County: Colorado Springs, El Paso                      80906
State and Zip Code: Colorado, 80911    Inmate # A00159710
Telephone Number:
E-mail Address: Chaddaviddarovich@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Defendant No. 1
    Name: Waste Connections
    Job or Title (if known): Trash Company
    Street Address: 7770 Palmer Park
    City and County: Colorado Springs, El Paso
    State and Zip Code: Colorado 80951
    Telephone Number:
    E-mail Address (if known):

Defendant No. 2
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Page 2 of 6

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

**C.   Place of Employment**

The address at which I am employed or was employed by the defendant(s) is

| | |
|---|---|
| Name | Waste Connections |
| Street Address | 7770 Palmer Park |
| City and County | Colorado Springs · El Paso |
| State and Zip Code | Colorado   80951 |
| Telephone Number | |

## II.   Basis for Jurisdiction

This action is brought pursuant to *(check all that apply)*:

- [x] Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.
- [ ] Relevant state law
- [ ] Relevant city or county law

## III.   Statement of Claim

State as briefly as possible the facts of your case. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Nature of employer's business: Waste Connections I was originally hired By Springs Waste. Waste Connections Bought out Springs Waste the Month of Dec 2020

B.   Dates of employment: I was hired by Springs Waste July 24 2019 Waste Connections became my employer Dec 2020 Waste Connections Fired me 3-7-2022

C.   Employee's job title and a description of the kind of work done: I was A Class B driver I drove a trash truck equipt with air Brakes. I drove a set route everyday of the week.

D.   Rate, method, and frequency of wage payment: I ended at 24.50 hourly they would direct Deposit into Aventa Credit Union every 2 weeks

Page 3 of 6

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

E. Number of hours actually worked each week in which a violation is claimed:
60+ hours a week for multiple months

F. Description of the alleged violation(s) *(check all that apply)*:

☐ Failure to pay the minimum wage *(explain)*

☐ Failure to pay required overtime *(explain)*

☒ Other violation(s) *(explain)* The Employer had a duty to avoid conduct that creates a foreseeable Risk. The employer did a reroute of both companies and Made rt to lrg

G. Date(s) of the alleged violation(s): The Employer has on record multiple 14+ hours days worked and every pay stub to verify hrs worked

H. Additional facts: The employer Waste Connections told Unemployment I was on probation for Driving violations. My infractions are on camera But I was never givin a write up stating I was on probation. I am also filing a discrimination suit Because As soon As this employer heard about my Background they started acting and treating me diffrent. The Department of transportation has guidelines on how many hrs a driver can work

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Hedonic Damages: For the lost of pleasure of life, Value of life, The actions by Waste Connections I'm still dealing with today. It took me a yr and a half to find Springs Waste. As I was working and looking for employment. After they fired me Waste Connections told unemployment false aligations of was on write up statis Allowing unemployment to deny My Benifits. My Gross income for the year Before 101,000.00 It was due to be greater the following year I am asking for 150,000.00

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-12-23

Signature of Plaintiff: *Chad R.*
Printed Name of Plaintiff: Chad Darovich    Pro Se

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

|  |  |
|---|---|
| Name of Law Firm | |
| Street Address | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |